AMELIA J. THOMPSON, Respondent, *v.* FRANK A. PALLA-
DINO, Appellant.

STANLEY J. THOMPSON, Respondent, *v.* FRANK A. PALLA-
DINO, Appellant.

Argued October 6, 1937; decided October 22, 1937.

*Merton D. Meeker* for appellant.

*John J. Donohue* and *John M. Schneider* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.